UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOEL CARDENAS-MENESES** | : | **DOCKET NO. 21-cv-01643** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **S. MA'AT ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Certify Class (doc. 1) be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 17th day of August, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE