UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JOEL CARDENAS-MENESES #48474-179** | **CASE NO.  2:21-CV-01643 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **S MA'AT ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 11] of the Magistrate Judge and the objections filed by petitioner, and after a de novo review of the record, the court finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 11] be **ADOPTED** and that all claims in this matter be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915 as frivolous and failing to state a claim on which relief can be granted.

**THUS DONE AND SIGNED** in Chambers on this 17th day of February, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE